*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Christopher Lacey | ) | Case No. 25−10457−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Order Requiring Documents

   **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

   It is hereby ORDERED that:

   1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C−2 Due 2/18/25
   Plan Due 2/18/25
   Schedules A Due 2/18/25
   Schedules B Due 2/18/25
   Schedules C Due 2/18/25
   Schedules D Due 2/18/25
   Schedules E Due 2/18/25
   Schedules F Due 2/18/25
   Schedules G Due 2/18/25
   Schedules H Due 2/18/25
   Schedules I Due 2/18/25
   Schedules J Due 2/18/25
   Statement of Current Monthly Income (122C−1) Due 2/18/25
   Statement of Financial Affairs Due 2/18/25
   Summary of Assets and Liabilities Due 2/18/25

   2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: February 4, 2025

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court