**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Christopher Lacey,<br><br>         Debtor. | Case No. 25-10457-PMM<br>Chapter 13 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Christopher Lacey, by and through his attorney, hereby asks this Court to enter an order directing his employer to attach his wages to fund the chapter 13 plan in the form of order attached.

Date: March 4, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
   Michael A. Cibik (#23110)
   1500 Walnut Street, Suite 900
   Philadelphia, PA 19102
   215-735-1060
   mail@cibiklaw.com