**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Christopher Lacey, | Case No. 25-10457-PMM |
| | Chapter 13 |
| Debtor. | SSN: xxx-xx-6591 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Christopher Lacey, it is hereby **ORDERED** that:

1. Debtor's employer, Reliance, Inc. ("the employer") shall pay $605.00 directly from each of his regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: **March 6, 2025**

*Patricia M. Mayer*
Honorable Patricia M. Mayer
Judge, United States Bankruptcy Court

CC: Reliance, Inc.
ATTN: Payroll Department
RE: Court Ordered Deduction
55 S. Lake Avenue
Suite 500
Pasadena, CA 91101