United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-10457-pmm

Christopher Lacey     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Aug 20, 2025  Form ID: 155  Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Lacey, 4733 Umbria St Apt B, Philadelphia, PA 19127-1900 |
| 14974895 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14974898 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14974901 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14974903 | + | Shophq, 1800 2nd St, Sarasota, FL 34236-5946 |
| 14974906 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14974882 | + | Email/Text: bankruptcynotices@aarons.com | Aug 21 2025 00:08:00 | Aaron's Sales & Lease, Attn: Legal Dept Attn: Legal Dept, 400 Galleria Pkwy SE , Suite 300, Atlanta, GA 30339-3182 |
| 14974883 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2025 00:24:51 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14986131 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:13:20 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14987720 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:24:32 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14974884 | | Email/Text: bk@avant.com | Aug 21 2025 00:09:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14974886 | | Email/Text: megan.harper@phila.gov | Aug 21 2025 00:09:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14974885 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:24:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14974887 | | Email/Text: bankruptcy@philapark.org | Aug 21 2025 00:09:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14974888 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2025 00:14:17 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14974889 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:12:07 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14974890 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15000165 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14974891 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 21 2025 00:09:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 25-10457-pmm    Doc 30    Filed 08/22/25    Entered 08/23/25 00:37:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 155 | Total Noticed: 35 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14974892 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 00:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14992658 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 00:08:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14988812 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:14:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14974893 | + | Email/Text: Documentfiling@lciinc.com | Aug 21 2025 00:08:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 14974894 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:14:17 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14986129 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:14:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14974896 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14974897 | ^ | MEBN | Aug 21 2025 00:06:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14974899 | | Email/Text: bankruptcy@philapark.org | Aug 21 2025 00:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14986127 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:14:17 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14974900 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:14:14 | Plusfinance/cws, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14995680 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:24:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14974902 | + | Email/Text: bankruptcy@sccompanies.com | Aug 21 2025 00:09:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14974904 | ^ | MEBN | Aug 21 2025 00:06:08 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14974905 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 21 2025 00:09:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14974907 | | Email/Text: bknotice@upgrade.com | Aug 21 2025 00:08:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 155 | Total Noticed: 35 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Christopher Lacey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Christopher Lacey<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−10457−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: August 19, 2025                                                                      For The Court

                                                                                           Patricia M. Mayer
                                                                                           Judge, United States Bankruptcy Court